

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-14-00537-CV

**STATE OF TEXAS FOR THE BEST PROTECTION OF CHRISTI MICHELLE GOOD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00485
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellant's notice of appeal was filed in this court on July 30, 2014. On the same day, the clerk of this court notified Appellant in writing that our records do not show that the $195.00 or $10.00 filing fees have been paid. Further, our records do not show that Appellant is excused by statute or rule from paying the filing fees. *See* TEX. R. APP. P. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving fees if indigence established). The clerk's July 30, 2014 letter warned Appellant if the filing fees were not paid, the appeal was subject to being stricken. To date, this court has not received payment or an affidavit of indigence. *See id.* R. 20.1(c)(1).

The clerk's letter also advised Appellant that the docketing statement must be filed with this court by August 11, 2014. *See id.* R. 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, *available at* http://www.4thcoa.courts.state.tx.us/rules/localrules.asp. To date, no docketing statement has been filed.

Appellant is ORDERED to show cause in writing within FIFTEEN DAYS of the date of this order that either (1) the $195.00 and $10.00 filing fees have been paid, or (2) Appellant is entitled to appeal without paying the filing fees. If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.



Keith E. Hottle
Clerk of Court